COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ex parte Jacob Mitchell

Appellate case number:   01-20-00263-CR

Trial court case number: 2020V-0039

Trial court:                155th District Court of Austin County

This is an appeal from the trial court's denial of appellant's application for habeas relief. The clerk's record was filed on March 27, 2020. On April 2, 2020, the Court was advised that there was no reporter's record.

Rule 31.1 provides that when an appellate court receives the record, it may set the time for filing briefs. *See* TEX. R. APP. P. 31.1.

Accordingly, we **order** appellant to file a brief **within 30 days of the date of this order**. The state's brief **will be due 30 days after appellant's brief is filed**.

It is so ORDERED.

Judge's signature: ____Justice Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court

Date:   ___April 28, 2020_____